**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

──────────

**No. 24-7196**

──────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LOVELL TYSHON RITCHIE, a/k/a Snaxx, a/k/a Snax,

Defendant - Appellant.

──────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:13-cr-00072-JAG-7)

──────────

Submitted:  March 27, 2025                          Decided:  April 1, 2025

──────────

Before THACKER and BERNER, Circuit Judges, and KEENAN, Senior Circuit Judge.

──────────

Affirmed by unpublished per curiam opinion.

──────────

Lovell Tyshon Ritchie, Appellant Pro Se.

──────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lovell Tyshon Ritchie appeals the district court's order denying his motion under 18 U.S.C. § 3583(e)(1) for early termination of his supervised release.  Upon review, we discern no abuse of discretion in the district court's decision.  *See United States v. Pregent*, 190 F.3d 279, 282 (4th Cir. 1999) (providing standard of review).  Accordingly, we deny Ritchie's motion to appoint counsel and affirm the district court's order.  *United States v. Ritchie*, No. 3:13-cr-00072-JAG-7 (E.D. Va. Oct. 31, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*